CHARLOTTE GUERTIN, PLAINTIFF-RESPONDENT, v. WIL-
BUR STANLEY GUERTIN, DEFENDANT-PETITIONER.

*Mr. J. Mortimer Rubenstein* for the petitioner.

*Messrs. Rokos & Drucker* for the respondent.

January 21, 1965. Denied.

SAUNDRA LEWIS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
ANDREW MOENCH, Jr., DEFENDANT-APPELLANT.

*Messrs. Gaffey & Webb* and *Mr. Louis Ruprecht* for the
petitioner.

*Messrs. Harkavy & Lieb* for the respondent.

January 21, 1965. Denied.